**A CERTIFIED TRUE COPY**

AUG - 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2006 AUG -0 AM 8:01

JUL 18 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742
C 06-3919 SC

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-15)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 133 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: *Jennifer Sudlewski*
Deputy Clerk

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-3915 | Ivonne Alvarez, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAN 3 06-3919 | Angela Alexander, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-2992 | Carolyn D. Hefner, et al. v. Johnson & Johnson, et al. |
| **MASSACHUSETTS** | |
| MA 1 06-11093 | Tara Civitarese, et al. v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN 0 06-2360 | Tasha Cunningham v. Johnson & Johnson, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 06-294 | Elizabeth Hutchinson v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ 2 06-2455 | Nadji Cooper v. Johnson & Johnson, et al. |
| NJ 2 06-2456 | Courtney Scianna v. Johnson & Johnson, et al. |
| NJ 2 06-2458 | Marketta Cotton v. Johnson & Johnson, et al. |
| NJ 2 06-2553 | Susan Diroma, et al. v. Johnson & Johnson, et al. |
| NJ 2 06-2554 | Sharon L. Allen, et al. v. Johnson & Johnson, et al. |
| NJ 2 06-2824 | Robin Meadows, et al. v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-3064 | Juliet Samede v. Ortho-McNeil Pharmaceutical, Inc., et al. |

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

August 10, 2006

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

| Transfer of Civil Cases | CAN# |
|---|---|
| **Alvarez, et al. v Ortho McNeil Pharmaceutical** | **3:06-3915** |
| **Alexander, et al. v Ortho-McNeil Pharmaceutical** | **3:06-3919** ✓SC |

Dear Sir/Madam:

Enclosed is a certified copy of the Conditional Transfer Order (CTO-15) by the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**If case has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case is not available on the internet, please provide only a copy of complaint and a certified copy of docket sheet.**

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

cc: MDL